

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WPC

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 24, 2022

**By Hand and ECF**

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Denny Martin
               Criminal Docket No. 21 – 67 (CBA) (PK)

Dear Judge Amon:

      The defendant in the above-referenced matter pled guilty before United States Magistrate Judge Peggy Kuo on May 16, 2022.  A copy of the transcript of the guilty plea proceeding is attached hereto.  The government respectfully requests that the Court review the defendant's guilty plea allocution in order to determine whether to accept it.

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                    By:    /s/William P. Campos
                            William P. Campos and
                            John Vagelatos
                            Assistant U.S. Attorneys
                            (718) 254-6104

Enclosure (By Hand Only)

cc:    Mark Harris, Esq. (By Email)
       Reut Samuels, Esq. (By Email)