

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Mark D. Harris
Member of the Firm
d +1.212.969.3530
f 212.969.2900
mharris@proskauer.com
www.proskauer.com

July 26, 2022

By ECF

Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Denny Martin, No. 21-CR-67 (CBA)

Dear Judge Amon:

On behalf of Dr. Denny Martin, we respectfully request that the Court adjourn the deadline for the Defendant's sentencing submission from this Thursday, July 28, 2022, until Monday, August 1, 2022, with a corresponding extension for the Government. A few extra days are needed to collect all the letters of support and incorporate them into the sentencing submission. The Government has indicated that it consents to this adjournment. The parties request to maintain the August 25, 2022 sentencing hearing.

Respectfully submitted,

*/s/ Mark Harris*
Mark D. Harris

cc:   AUSA William Campos
      AUSA John Vagelatos